**NOT FOR PUBLICATION**

FILED

UNITED STATES COURT OF APPEALS

APR 13 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAIME RODRIGUEZ PEREIRA; et al., | No. 11-71402 |
| Petitioners, | Agency Nos. A098-929-687 |
| v. | A078-754-691 |
| | A098-929-688 |
| JEFFERSON B. SESSIONS III, Attorney General, | A098-929-689 |
| Respondent. | MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 11, 2018**

Before:    SILVERMAN, PAEZ, and OWENS, Circuit Judges.

Jaime Rodriguez Pereira, and his family, natives and citizens of Guatemala,

petition for review of the Board of Immigration Appeals' order dismissing their

appeal from an immigration judge's decision denying their applications for asylum

and withholding of removal.  We have jurisdiction under 8 U.S.C. § 1252.  We

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

review for substantial evidence the agency's findings of fact. *Silaya v. Mukasey*, 524 F.3d 1066, 1070 (9th Cir. 2008). We deny the petition for review.

Substantial evidence supports the agency's determination that Pereira failed to establish a nexus between the harm he suffered and fears and a protected ground. *See Zetino v. Holder*, 622 F.3d 1007, 1016 (9th Cir. 2010) (petitioner's "desire to be free from harassment by criminals motivated by theft or random violence by gang members bears no nexus to a protected ground"). Thus, petitioners' asylum and withholding of removal claims fail. *See id*. at 1015-16.

**PETITION FOR REVIEW DENIED**